**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 15-7595**

———————

MUHAMMAD AL-MUJAHIDIN, a/k/a John Hamilton,

            Plaintiff - Appellant,

      v.

DANIEL HAROUFF; DANIEL BUSH; D. ARROWOOD; CATHY JONES;
MICHAEL MCCALL, In their indiv capacities; SCDC, in its
official capacity,

            Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Beaufort.   Bruce H. Hendricks, District
Judge.  (9:14-cv-01266-BHH)

———————

Submitted: February 25, 2016        Decided:  March 1, 2016

———————

Before SHEDD and HARRIS, Circuit Judges, and DAVIS, Senior
Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Muhammad Al-Mujahidin, Appellant Pro Se.   James Victor McDade,
DOYLE, O'ROURKE, TATE & MCDADE, PA, Anderson, South Carolina,
for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Muhammad Al-Mujahidin seeks to appeal the district court's order granting in part and denying in part Defendants' motion for summary judgment. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Al-Mujahidin seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED